(108 App. Div. 361)

In re LEVINE.

(Supreme Court, Appellate Division, First Department. November 2, 1905.)

ELECTIONS—NOMINATION CERTIFICATES—RECOGNITION BY BOARD.

The board of elections is properly directed to recognize a nomination certificate as having been signed by the requisite number of qualified electors; the evidence on which it refused to do so being unsatisfactory to the court.

Appeal from Special Term.

In the matter of Moses Carl Levine. From an order of the Special Term, reversing an order denying recognition of a certificate of nomination, appeal is taken. Affirmed.

Argued before O'BRIEN, P. J., and McLAUGHLIN, PATTERSON, CLARKE, and LAUGHLIN, JJ.

J. J. Delany, for appellant.
Knox & Dooling, for respondent.

PER CURIAM.   It did not appear before the board of elections by evidence satisfactory to the court that the certificate was not signed by 500 qualified electors of the district, and therefore the Special Term was right in reversing the order of the board and directing them to recognize the certificate.

The order should be affirmed.